**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Charles GREEN, Sammy Knox, Noah R. Robinson and Melvin Mays,**
**Defendants–Appellants.**

No. 98–2036, 98–2037, 98–2038, 98–2060.

United States Court of Appeals,
Seventh Circuit.

Submitted March 12, 2001.

Decided April 3, 2001.

Before Hon. POSNER, Hon. RIPPLE, Hon. ILANA DIAMOND ROVNER, Circuit Judges.

ORDER

This case was remanded to us by the Supreme Court for further consideration in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). The parties have now filed with us their Rule 54 statements. The defendants seek a further round of briefing; the government argues that the *Apprendi* error was harmless because the evidence shows beyond any possible doubt that the defendants, whose vast drug conspiracy is detailed in the opinion that the Court remanded, *United States v. Boyd*, 208 F.3d 638 (7th Cir.2000), were responsible for such a large quantity of drugs that had the jury been correctly instructed, it would have found them guilty beyond a reasonable doubt of the offenses for which they were sentenced. We agree, therefore, with the government's suggestion that the original judgments be, and they hereby are, reinstated. *United States v. Jackson*, 236 F.3d 886 (7th Cir.2001) (per curiam).